## THE STATE BANK v. VANSLYKE.

*Wednesday,
May 31.*

ERROR to the *Lawrence* Circuit Court.

*Per Curiam.*—Assumpsit for dividends. Plea, the general issue. Verdict for the plaintiff, and judgment, over a motion for a new trial, on the verdict.

The only real question presented to this Court is upon the weight of the evidence. It is somewhat conflicting, and was for the jury. We cannot say the Court below erred in refusing to disturb their verdict.

The judgment is affirmed, with 5 per cent. damages and costs.

*G. G. Dunn*, for the plaintiff.

*R. H. Rousseau* and *J. S. Watts*, for the defendant.